**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: October 14, 2009**



*Randolph J. Haines*
_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**

Clint W. Smith (010461)
UDALL SHUMWAY & LYONS, PLC
30 W. 1st Street
Mesa, AZ 85201
(480) 461-5302
(480) 461-2981 (fax)
cws@udallshumway.com
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 09-bk-22395-RJH |
| MARK J. SARGENT, | ORDER RE:<br>MOTION TO COMPEL ABANDONMENT<br>OF REAL PROPERTY |
|        Debtor. | |

Pursuant to the Motion to Compel Abandonment of Property filed by the Debtor, the Trustee having indicated no objection thereto, no other objections having been received, and good cause appearing,

IT IS HEREBY ORDERED abandoning Debtor's real property located in the State of Arizona, at the address of 3249 E. Cullumber Street, Gilbert, Arizona 85234 ("Property").

DATED: _____, 2009.

BY THE COURT:

_____
Honorable Randolph J. Haines